fornia denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 1366. McDONALD *v.* HUNTER, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Howard F. McCue* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1389. LUSTIG *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Louis Halle* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1397. FOUTS ET AL. *v.* OHIO. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Wm. Scott Stewart* for petitioners.

No. 1406. THOMPSON *v.* JOHNSTON, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 1407. HAMBY *v.* ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois;